IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
MICHAEL D. BENDER )
BRANDI R. BENDER )
)
        Debtors ) CH 13 Case No. 05-46047
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1.    Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        MICHAEL D. BENDER
        BRANDI R. BENDER
        160 CHRIS AVE
        WASHINGTONVILLE, OH 44490

                $9.87
        **TOTAL:**    $9.87

2.    A check in the amount of $67.63, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3.    Nothing further remains to be done in this case.

DATED this 17th day of February, 2010.

        _____
        MICHAEL A. GALLO, TRUSTEE
        20 FEDERAL PLAZA WEST SUITE 602
        YOUNGSTOWN, OH 44503

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN Re: ) | KAY WOODS |
| ) | U.S. BANKRUPTCY JUDGE |
| MICHAEL D. BENDER ) | |
| BRANDI R. BENDER ) | |
|     Debtors ) | CH 13 Case No. 05-46047 |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this _17th_ day of February, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Alice McClelland*

Alice McClelland- Assistant

Trustee:67    TR-009A

CREDITOR:523237    Page 1 OF 1

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

VOUCHER FOR CHECK: 768054
DATED: 2010/01/22

| NAME OF CREDITOR | CASE | CLM | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0545081 | 926 | 6 | 18 | SLAGLE, GLENNDA D | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0546047 | 926 | 6 | 37 | BENDER, MICHAEL DAVID BENDER, BRANDI RENEE | UNCLAIMED FUNDS | 9.87 | 0.00 | 9.87 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642183 | 926 | 6 | 12 | KNAPP, ROBERT ALLAN | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741096 | 926 | 6 | 29 | JONES, HOMER E. | UNCLAIMED FUNDS | 2.93 | 0.00 | 2.93 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741880 | 926 | 6 | 12 | PETERSON, CANDI L. | UNCLAIMED FUNDS | 9.04 | 0.00 | 9.04 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742100 | 926 | 6 | 50 | WINTERBURN, KARLA ANN | UNCLAIMED FUNDS | 5.08 | 0.00 | 5.08 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742358 | 926 | 6 | 17 | HENTHORNE, SCOTT ALLEN | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742696 | 926 | 6 | 26 | STANSBURY, ROBERT E. | UNCLAIMED FUNDS | 14.38 | 0.00 | 14.38 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742798 | 926 | 6 | 33 | RIACHY, MANDY L. RIACHY, TODD M. | UNCLAIMED FUNDS | 6.31 | 0.00 | 6.31 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0842449 | 926 | 6 | 31 | ROSS, MICHAEL ANTHONY | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 10 | 67.63 | 0.00 | 67.63 |

CURRENT CHECK